RECEIVED

OCT 31 2003

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

```
*******************************
GEORGE FEDOR                *    CIVIL ACTION NO.
            PLAINTIFF       *    302-CV-01489 (CFD)
VS.                         *
JOSEPH KUDRAK, ET AL        *    OCTOBER 28, 2003
            DEFENDANTS      *
*******************************
```

**MOTION FOR ENLARGEMENT OF TIME**

Defendants in the above-entitled matter by their attorney move for an enlargement of time regarding all unexpired deadlines, as follows:

1. Depositions of fact witnesses will be completed by February 1, 2004;

2. All discovery will be completed by February 1, 2004;

3. Dispositive motions will be filed by March 1, 2004;

4. Joint trial memorandum will be filed by April 1, 2004, or thirty days after this rules on any summary judgment motion filed by the defendants, whichever is later;

5. Case will be ready for trial by May 1, 2004, or thirty days after the joint trial memorandum is filed, whichever is later.

In support of this motion, defendants state:

1. The Report of Parties Planning Meeting set a deadline of November 1, 2003 for the completion of discovery, including

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O. BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203) 624-9830 • JURIS NUMBER 62505