```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                     DISTRICT OF CONNECTICUT

*******************************
 GEORGE FEDOR                  *   CIVIL ACTION NO.
              PLAINTIFF        *   302-CV-01489 (CFD)
 VS.                           *
 JOSEPH KUDRAK, ET AL          *
                               *   DECEMBER ___, 2003
              DEFENDANTS       *
*******************************
```

**APPEARANCE**

PLEASE ENTER THE APPEARANCE of the undersigned for the defendants in the above-entitled matter.

                                 THE DEFENDANTS,

```
                         BY:_____
                             Jennifer L. Schancupp
                             Susman, Duffy & Segaloff, P.C.
                             P. O. Box 1684
                             New Haven, CT  06507-1684
                             Phone: (203) 624-9830
                             Fed. Bar No. ct 11876
```

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent this date to:

John R. Williams, Esq.
Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

                                                 _____
                                               Jennifer L. Schancupp

I:\Client K_O\Kudrak\Fedor\Pleadings\appearance jls.wpd