```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                     DISTRICT OF CONNECTICUT

*******************************
 GEORGE FEDOR                  *   CIVIL ACTION NO.
            PLAINTIFF          *   302-CV-01489 (CFD)
 VS.                           *
 JOSEPH KUDRAK, ET AL          *   JANUARY 29, 2004
            DEFENDANTS         *
*******************************
```

## MOTION FOR ENLARGEMENT OF TIME

Defendants in the above-entitled matter by their attorney move for an enlargement of time regarding all unexpired deadlines, as follows:

1. Depositions of fact witnesses will be completed by April 1, 2004;

2. All discovery will be completed by April 1, 2004;

3. Dispositive motions will be filed by May 1, 2004;

4. Joint trial memorandum will be filed by June 1, 2004, or thirty days after this court rules on any summary judgment motion filed by the defendants, whichever is later;

5. Case will be ready for trial by July 1, 2004, or thirty days after the joint trial memorandum is filed, whichever is later.

In support of this motion, defendants state:

1. The Report of Parties Planning Meeting set a deadline of

November 1, 2003 for the completion of discovery, including depositions of fact witnesses.

    2.   A settlement conference was held in this matter on October 2, 2003, at which time Magistrate Garfinkel directed plaintiff's counsel to produce copies of any and all court orders allowing the plaintiff in this matter access to the marital home during the course of his divorce.

    3.   Defense counsel noticed the plaintiff's deposition for October 22, 2003, including in said notice of deposition a production request for such court orders. At said deposition it became clear that the order referenced by the plaintiff in his complaint relative to access to the marital home in June, 1999 was issued not in the divorce action in Milford Superior Court, but rather in connection with the criminal trespass/violation of restraining order case in GA5 in Derby. Plaintiff's deposition was left open to allow for a continuation based on additional information/documentation concerning the plaintiff's access to the marital home.

    4.   Counsel conducted further investigation into the court orders issued in the various civil and criminal cases in which the plaintiff was involved.

    5.   Counsel requires this extension of time in order to finish the deposition of the plaintiff, now that the court orders

SUSMAN, DUFFY & SEGALOFF, P.C.  •  ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505

in plaintiff's various civil and criminal matters have been identified.

Based on the foregoing, Defendants assert that good cause exists for the enlargement of time as requested herein.

Pursuant to Local Rule 9, counsel for the Defendants states that opposing counsel consents to the granting of this motion. Counsel further states that this is the Defendants' second request for an enlargement of time as to discovery deadlines in this matter.

```
                              THE DEFENDANTS,



                              BY:_____
                                  Peter G. Kruzynski
                                  Susman, Duffy & Segaloff, P.C.
                                  P. O. Box 1684
                                  New Haven, CT  06507-1684
                                  Phone: (203) 624-9830
                                  Fed. Bar No. ct 14088
```

### CERTIFICATION

This is to certify that a copy of the foregoing was sent this date to:

John A. Williams, Esq.
Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

```
                              _____
                                  Peter G. Kruzynski
```

I:\Client K_O\Kudrak\Fedor\Pleadings\motion enlarge time 012904.wpd