UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

```
*******************************
GEORGE FEDOR              *   CIVIL ACTION NO.
         PLAINTIFF        *     302-CV-01489 (CFD)
VS.                       *                    RKW
JOSEPH KUDRAK, ET AL      *   JANUARY 29, 2004
         DEFENDANTS       *
*******************************
```

### MOTION FOR ENLARGEMENT OF TIME

Defendants in the above-entitled matter by their attorney move for an enlargement of time regarding all unexpired deadlines, as follows:

1. Depositions of fact witnesses will be completed by April 1, 2004;

2. All discovery will be completed by April 1, 2004;

3. Dispositive motions will be filed by May 1, 2004;

4. Joint trial memorandum will be filed by June 1, 2004, or thirty days after this court rules on any summary judgment motion filed by the defendants, whichever is later;

5. Case will be ready for trial by July 1, 2004, or thirty days after the joint trial memorandum is filed, whichever is later.

In support of this motion, defendants state:

1. The Report of Parties Planning Meeting set a deadline of

*[Stamp: GRANTED. It is so ordered. Christopher F. Droney, U.S.D.J., Hartford, CT, 2/M/04]*

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505