```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                      DISTRICT OF CONNECTICUT

*******************************
 GEORGE FEDOR                  *   CIVIL ACTION NO.
             PLAINTIFF         *    302-CV-01489 (CFD)
 VS.                           *
 JOSEPH KUDRAK, ET AL          *   March 30, 2004
             DEFENDANTS        *
*******************************
```

## MOTION FOR ENLARGEMENT OF TIME

Defendants in the above-entitled matter by their attorney move for an enlargement of time regarding dispositive motion deadline, and all subsequent deadlines, as follows:

1. Dispositive motions will be filed by July 1, 2004;

2. Joint trial memorandum will be filed by August 1, 2004, or thirty days after this court rules on any summary judgment motion filed by the defendants, whichever is later;

3. Case will be ready for trial by September 1, 2004, or thirty days after the joint trial memorandum is filed, whichever is later.

In support of this motion, defendants state:

1. The Report of Parties Planning Meeting set a deadline of November 1, 2003 for the completion of discovery, including depositions of fact witnesses.

2. A settlement conference was held in this matter on

October 2, 2003, at which time Magistrate Garfinkel directed plaintiff's counsel to produce copies of any and all court orders allowing the plaintiff in this matter access to the marital home during the course of his divorce.

3. Defense counsel noticed the plaintiff's deposition for October 22, 2003, including in said notice of deposition a production request for such court orders. At said deposition it became clear that the order referenced by the plaintiff in his complaint relative to access to the marital home in June, 1999 was issued not in the divorce action in Milford Superior Court, but rather in connection with the criminal trespass/violation of restraining order case in GA5 in Derby. Plaintiff's deposition was left open to allow for a continuation based on additional information/documentation concerning the plaintiff's access to the marital home.

4. Counsel conducted further investigation into the court orders issued in the various civil and criminal cases in which the plaintiff was involved.

5. The deposition of the plaintiff was completed on March 29, 2004.

6. Counsel for defendants needs additional time to evaluate the plaintiff's testimony and prepare dispositive motions based on plaintiff's deposition.

2

Based on the foregoing, Defendants assert that good cause exists for the enlargement of time as requested herein.

Pursuant to Local Rule 9, counsel for the Defendants states that opposing counsel consents to the granting of this motion. Counsel further states that this is the Defendants' third request for an enlargement of time as to the dispositive motion deadline in this matter.

                                    THE DEFENDANTS,


                              BY:_____
                                    Peter G. Kruzynski
                                    Susman, Duffy & Segaloff, P.C.
                                    P. O. Box 1684
                                    New Haven, CT  06507-1684
                                    Phone: (203) 624-9830
                                    Fed. Bar No. ct 14088


## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this date to:

John A. Williams, Esq.
Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510


                                    _____
                                    Peter G. Kruzynski

I:\Client K_O\Kudrak\Fedor\Pleadings\motion enlarge time 033004.wpd