UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

```
*********************************
GEORGE FEDOR              *   CIVIL ACTION NO.
          PLAINTIFF       *   302-CV-01489 (CFD)
VS.                       *
JOSEPH KUDRAK, ET AL      *   MARCH 30, 2004
          DEFENDANTS      *
*********************************
```

### MOTION FOR ENLARGEMENT OF TIME

Defendants in the above-entitled matter by their attorney move for an enlargement of time regarding dispositive motion deadline, and all subsequent deadlines, as follows:

1. Dispositive motions will be filed by July 1, 2004;
2. Joint trial memorandum will be filed by August 1, 2004, or thirty days after this court rules on any summary judgment motion filed by the defendants, whichever is later;
3. Case will be ready for trial by September 1, 2004, or thirty days after the joint trial memorandum is filed, whichever is later.

In support of this motion, defendants state:

1. The Report of Parties Planning Meeting set a deadline of November 1, 2003 for the completion of discovery, including depositions of fact witnesses.

2. A settlement conference was held in this matter on

GRANTED, this so ordered.
Hartford, CT - 4/14/04

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O. BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203) 624-9830 • JURIS NUMBER 62505