```
                   UNITED STATES DISTRICT COURT
                             FOR THE
                     DISTRICT OF CONNECTICUT

*******************************
 GEORGE FEDOR                  *   CIVIL ACTION NO.
            PLAINTIFF          *    302-CV-01489 (CFD)
 VS.                           *
 JOSEPH KUDRAK, ET AL          *   July 1, 2004
            DEFENDANTS         *
*******************************
```

**MOTION FOR SUMMARY JUDGMENT**

Defendants in the above-entitled matter, by their attorneys, move pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Rule 9(c) of the Local Rules of Civil Procedure, for summary judgment on all claims herein.

                              THE DEFENDANTS,


                              BY:_____
                                  Peter G. Kruzynski
                                  Susman, Duffy & Segaloff, P.C.
                                  P. O. Box 1684
                                  New Haven, CT 06507-1684
                                  Phone: (203) 624-9830
                                  Fed. Bar No. ct 14088

## **CERTIFICATION**

     This is to certify that a copy of the foregoing was sent this date to:

John A. Williams, Esq.
Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

                                                   _____
                                                 Peter G. Kruzynski

I:\Client K_O\Kudrak\Fedor\Pleadings\motion summary judgment.wpd

2