UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE FEDOR | : | |
| v. | : | CASE NO. 3:02CV1489(CFD) |
| | : | |
| JOSEPH KUDRAK<br>DET. NEIL O'DONOGHUE<br>TOWN OF SHELTON | : | |

## **JUDGMENT**

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the full record of the case including applicable principles of law, and having filed a Ruling on March 14, 2006 granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 14th day of March, 2006.

KEVIN F. ROWE, Clerk


By /s/ Devorah Johnson
    Devorah Johnson
    Deputy Clerk